# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TASHA KICHLINE, | : | |
| --- | --- | --- |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | No. 19-183 |
| Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, on June 26, 2019, upon consideration of Plaintiff Tasha Kichline's Brief in Support of her Request for Review (doc. 11) and the Commissioner's Response (doc. 12), it is ORDERED:

1. Plaintiff's Request for Review is GRANTED;

2. The matter is REMANDED to the Commissioner for reconsideration in accordance with the accompanying Memorandum Opinion; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

                                                 BY THE COURT:

                                                 */s/ Timothy R. Rice*
                                                 TIMOTHY R. RICE
                                                 U.S. MAGISTRATE JUDGE